
FILED
APR 2 6 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | CR09-40052 |
|---|---|
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| WALTER PERRIN, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on February 5, 2010, ordering Defendant to forfeit certain property (the Subject Property), specified as:

Dell Dimension PC bearing serial number 2H70D81, containing a Western Digital hard drive bearing serial number WMANM1262747

Notice of the Preliminary Order of Forfeiture was given by publication from February 12, 2010, through and including March 13, 2010. Direct notice was sent to David Perrin, Phyllis Perrin, Michael Straw, and Terry Boll. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and

vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated this 26th day of April, 2010.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Jackie Meisenheimer_
　　　DEPUTY